PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. __Cordell McKinley__    Docket No. 3:12CR~~01051-00~~1  00117

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Angela D. Rankin__, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Cordell McKinley__ who was placed under pretrial release supervision by the Hon. U.S. Magistrate Judge Juliet E. Griffin sitting in the Court at __Nashville, Tennessee__, on __July 5, 2012__, under the following conditions: Please reference the attached Order of Conditions of Release

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document

I declare under penalty of perjury that the foregoing is true and correct.

| Angela D. Rankin  *Angela Rankin* | Nashville, TN | November 2, 2012 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

Next Scheduled Court Event    __Not Scheduled__
                                Event                Date

## PETITIONING THE COURT

☐ No Action                              ☐ To issue an order setting a hearing on the petition
☒ To Issue a Warrant                     ☐ Other

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☐ A Hearing on the Petition is set for

_____    _____
Date              Time

Considered and ordered this __2nd__ day of __November__, __2012__, and ordered filed and made a part of the records in the above case.

_E. Clifton Knowles_
Honorable ~~Juliet E. Griffin~~ E. CLIFTON KNOWLES
U.S. Magistrate Judge

Honorable Juliet Griffin
U.S. Magistrate Judge
RE: Petition for Action On
Cordell McKinley
3:12CR01051-001
November 2, 2012

The defendant was arrested on June 20, 2012, in the Middle District of Tennessee, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives after being charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). He appeared before Your Honor on that date, and a detention hearing was scheduled for June 25, 2012; however, it was rescheduled at that time for a later date. As a result, the detention hearing was held on July 5, 2012. The Court released the defendant to pretrial services supervision on that date with special conditions.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**New Violations:**

**Defendant must not violate any local, state, or federal law :**

The defendant was arrested on November 2, 2012, by Nashville Metropolitan Police Department (MNPD) Detectives for Aggravated Robbery. According to the affidavit, on October 6, 2012, officers were dispatched to 1338 Brick Church Pike, Nashville, Tennessee, on a report of a male subject who advised he was robbed at gun point. Upon arrival, officers met with the victim who advised that he was walking on Brick Church Pike when a white Ford sports utility vehicle stopped near the curb. According to the victim, a black male subject exited the passenger side of the vehicle and the subject produced a handgun. He then stated "Give me what you got". The victim complied and the subject took his cellular phone and fled the scene in the vehicle. The victim telephoned police and filed a report. The victim contacted his cellular carrier and ordered a replacement phone with the same number. After receiving and activating the new phone, the victim began receiving calls from persons asking to speck with "Cordell". The victim then discovered that when he activated his new phone, the call history transferred to the new phone as well as the internet search history. An MNPD Detective was contacted and viewed the information in the phone at the victim's request. He discovered that a male subject named Cordell J. McKinley had logged onto his personal Facebook account using the victim's phone. Upon viewing the photographs on the account, the victim advised the detective that the person in the photograph was the subject who robbed him at gun point, and had taken his phone. All of the data was saved in the phone.

Honorable Juliet Griffin
U.S. Magistrate Judge
RE: Petition for Action On
Beatriz Linda Avila
3:09CR00252-003
August 23, 2012

It should also be noted that MNPD officers attempted to locate the defendant at his uncle's residence, Michael Bond, who is also the defendant's third party custodian; however, Mr. Bond advised the officers that Mr. McKinley had not been at the residence for several days, and he was unaware of his whereabouts. Mr. Bond also did not contact this officer to advise of this information.

**Respectfully Petition the Court as Follows:**

The Pretrial Services Office requests that a warrant be issued for the defendant's arrest, and further recommends that, due to the seriousness of the new arrest, the defendant's bond be revoked.

Approved by:

*[signature]*

W. Burton Putman
Supervisory U.S. Probation Officer


xc: Clay Lee, Assistant U.S. Attorney
    Dumaka Shabazz, Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY            CASE NO.: 3:12-00117

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒  Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐  Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐  Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐  Defendant shall be released on a surety bond as described below:

☐  Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY          CASE NO.: 3:12-00117

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   A. Defendant shall report to Pretrial Services as directed

   B. Unless excused by a licensed medical practitioner, defendant shall seek and maintain verifiable employment

   C. Defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem at the direction of the Pretrial Services Officer *and participate in a mental health evaluation.*

   D. Defendant shall not have in his possession (on his person, in his home, in his vehicle) any firearms, ammunition, or other dangerous weapon

   E. Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY          CASE NO.: 3:12-00117

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

medication prescribed by a physician

F.  Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

G.  Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

H.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

I.  Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

J.  Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY          CASE NO.: 3:12-00117

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

K.   Defendant shall participate in any mental health treatment as directed by the Pretrial Services Officer; the defendant shall pay all or part of the cost for mental health treatment if the United States Probation and Pretrial Services Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment

~~L.   Defendant shall be placed on electronic monitoring on a schedule to be determined by Pretrial Services~~

M.   Defendant shall be placed in the third-party custody of his ~~grandmother, Dolores Bond~~ uncle, Michael Bond, Jr and reside with ~~her in her home~~ in him in his home

*All conditions have been read to me by USPO Rankin.*
*Signed Cordell McKinley*
*Date 7/18/2012*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY          CASE NO.: 3:12-00117

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

_____
_____
_____
_____
_____
_____

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: _July 5, 2012_           X _Cordell McKinley_
                                     **Defendant**

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

_____
UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA v. CORDELL JRAKE McKINLEY    NO. 3:12-00117**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Persons) Michael Bond

(Street Address) 1315 Rock Creek Trace

(City, State, Zip Code) Whites Creek, TN    37189

(Tel. Nos., Work and Home)    Work: 383-8262

Home:

Cell: 615-953-3040

who agree(s) **(a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears.**

By affixing my(our) signatures hereto, I(we), the above-designated third-party custodian(s), understand that my(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

July 5, 2012
Date

X  Micheal Bond
Third-Party Custodian

Third-Party Custodian

It is so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE