# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00117 |
| | ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY, a/k/a | ) | |
| CORDELL BOND | ) | |

## **O R D E R**

Given the pendency of a Motion to Suppress (Docket No. 31), it is hereby **ORDERED** that the trial scheduled for December 11, 2012 is **CONTINUED**, to be reset by later order of the court.

It is so **ORDERED**.

ENTER this 6th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge