IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-00117 |
| ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY, a/k/a ) | |
| CORDELL BOND ) | |
| ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing on the defendant's Motion to Suppress (Docket No. 31) shall be held on January 17, 2013 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 10th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge