UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED for extension to 12/21/12.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-cr-00117 |
| v. ) | |
| ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The defendant, Cordell Jrake McKinley, has filed a motion to suppress evidence. (D.E. 31). The United States' requests an additional (3) days time in which to reply to the defendant's motion, which is presently believed due on December 18, 2012. The United States requests this extension of time, from December 18, 2012, to December 21, 2012, in order effectively respond to the issues raised by the defendant. Defense counsel has been conferred and has no objection this extension.

For the foregoing reason, the United States respectfully requests a three (3) day extension of time, to December 21, 2012, in which to respond.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151