UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 8/1/13 at 3:00 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00117 |
| | ) | Judge Trauger |
| CORDELL JRAKE McKINLEY | ) | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

Comes now, Cordell Jrake McKinley, by and through counsel, and Assistant United States Attorney Clay T. Lee for the Government, all requesting a two week continuance on the Sentencing Hearing scheduled for July 18, 2013 at 1:00 p.m.

In support of this request, counsel submits that both parties are reviewing evidence that may result in the Government striking its Motion For Upward Departure against Mr. McKinley. Both parties agree that a continuance will be in the best interest of justice.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

1