UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 8/22/13 at 1:30 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00117 |
| | ) | Judge Trauger |
| CORDELL JRAKE McKINLEY | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

Comes now, Cordell Jrake McKinley, by and through counsel, and requests a three week continuance on the Sentencing Hearing scheduled for August 1, 2013, at 3:00 p.m.

In support of this request, counsel submits that additional investigation will be needed to present mitigation and to adequately defend against the Government's request for an upward departure. In order to do so, counsel must obtain the underlying discovery and additional evidence all stemming from a state case, which has been brought against Mr. McKinley.

Counsel has discussed the various options and Mr. McKinley believes that a continuance will be in his best interest.